United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10562-pmm |
| Edita E. Morales | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 14, 2022 | Form ID: 155 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edita E. Morales, 1026 S. 8th Street, Allentown, PA 18103-4024 |
| 14682054 | + | Federal Home Loan Mortgage Corp., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14674212 | + | Juan Cabrera, 1026 S 8th St, Allentown, PA 18103-4024 |
| 14674214 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downyflake Lane, Allentown, PA 18103 |
| 14674217 | | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 14679727 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14687858 | | Email/Text: coabankruptcy@allentownpa.gov | Jul 14 2022 23:41:00 | CITY OF ALLENTOWN, 435 W HAMILTON ST, ALLENTOWN, ALLENTOWN, PA 18101 |
| 14674210 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2022 23:44:17 | CitiCards - CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 14674213 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2022 23:44:17 | Macys/DSNB, 911 Duke Blvd, Mason, OH 45040 |
| 14686607 | | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2022 23:42:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14679872 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 14 2022 23:41:00 | Federal Home Loan Mortgage Corp. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14674211 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2022 23:44:12 | JPMCB - Card Services, 301 N Walnut St - Floor 09, Wilmington, DE 19801-3935 |
| 14681247 | + | Email/Text: RASEBN@raslg.com | Jul 14 2022 23:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14689341 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:44:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14674216 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 23:44:08 | SYNCB/Synchrony Mastercard, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14674215 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 14 2022 23:41:00 | Specialized Loan Services, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129-2386 |
| 14689196 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 23:44:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14674294 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 23:44:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: 155 | Total Noticed: 18 |

| | | | |
|---|---|---|---|
| 14674217 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | 23541-1021 |
| | | Jul 15 2022 10:15:46 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 14679727 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Jul 14 2022 23:44:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14676169 | *P++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799, address filed with court:, People First Federal Credit Union, 2141 Downyflake lane, Allentown, PA 18103 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Edita E. Morales claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-3 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Edita E. Morales
    Debtor(s)

Chapter: 13
Bankruptcy No: 22−10562−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 14th day of July 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

24
Form 155