| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-10562-PMM**

| | |
|---|---|
| Edita E. Morales | Petition Filed Date: 03/04/2022 |
| 1026 S. 8th Street | 341 Hearing Date: 04/05/2022 |
| Allentown  PA    18103 | Confirmation Date: 07/14/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/23/2022 | $100.00 | 19359854789 | 04/20/2022 | $100.00 | 19390390827 | 05/24/2022 | $100.00 | 19390391970 |
| 07/01/2022 | $33.00 | 19395616388 | 07/01/2022 | $133.00 | 19395616387 | 07/25/2022 | $133.00 | 19405752368 |

**Total Receipts for the Period:  $599.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $599.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $0.00 | $2,063.00 |
| 1 | PEOPLE FIRST FCU<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $11,980.13 | $0.00 | $11,980.13 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Mortgage Arrears | $2,214.25 | $0.00 | $2,214.25 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $11,361.34 | $0.00 | $11,361.34 |
| 5 | DEPARTMENT STORE NATIONAL BANK<br>»» 005 | Unsecured Creditors | $4,249.77 | $0.00 | $4,249.77 |
| 6 | CITY OF ALLENTOWN<br>»» 006 | Priority Crediors | $1,523.16 | $0.00 | $1,523.16 |
| 7 | SYNCHRONY BANK<br>»» 007 | Unsecured Creditors | $333.19 | $0.00 | $333.19 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $13,883.10 | $0.00 | $13,883.10 |

Chapter 13 Case No. 22-10562-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $599.00 | Current Monthly Payment: | $133.00 |
| Paid to Claims: | $0.00 | Arrearages: | $100.00 |
| Paid to Trustee: | $47.92 | Total Plan Base: | $8,014.00 |
| Funds on Hand: | $551.08 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.