| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-10562-PMM**

Edita E. Morales
1026 S. 8th Street
Allentown  PA    18103

Petition Filed Date: 03/04/2022
341 Hearing Date: 04/05/2022
Confirmation Date: 07/14/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2022 | $133.00 | 19416269082 | 09/27/2022 | $133.00 | 19430175796 | 10/25/2022 | $133.00 | 19445169602 |
| 11/28/2022 | $133.00 | 19459556475 | 12/28/2022 | $133.00 | 19459818386 | 01/27/2023 | $133.00 | 19321481834 |
| 02/28/2023 | $133.00 | 19498748659 | 03/28/2023 | $133.00 | 19501775769 | 04/25/2023 | $133.00 | 19517192243 |
| 05/24/2023 | $133.00 | 19531225386 | 06/27/2023 | $133.00 | 19531226687 | 07/26/2023 | $133.00 | 19548931784 |

**Total Receipts for the Period: $1,596.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,195.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $1,893.05 | $169.95 |
| 1 | PEOPLE FIRST FCU<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO BANK NEVADA NA<br>»»  002 | Unsecured Creditors | $11,980.13 | $0.00 | $11,980.13 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»»  003 | Mortgage Arrears | $2,214.25 | $0.00 | $2,214.25 |
| 4 | CHASE BANK USA NA<br>»»  004 | Unsecured Creditors | $11,361.34 | $0.00 | $11,361.34 |
| 5 | DEPARTMENT STORE NATIONAL BANK<br>»»  005 | Unsecured Creditors | $4,249.77 | $0.00 | $4,249.77 |
| 6 | CITY OF ALLENTOWN<br>»»  006 | Priority Crediors | $1,523.16 | $0.00 | $1,523.16 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $333.19 | $0.00 | $333.19 |
| 8 | LVNV FUNDING LLC<br>»»  008 | Unsecured Creditors | $13,883.10 | $0.00 | $13,883.10 |

Chapter 13 Case No. 22-10562-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,195.00 | Current Monthly Payment: | $133.00 |
| Paid to Claims: | $1,893.05 | Arrearages: | $100.00 |
| Paid to Trustee: | $180.92 | Total Plan Base: | $8,014.00 |
| Funds on Hand: | $121.03 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.