Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 22-10562-PMM**

Edita E. Morales  
1026 S. 8th Street  
Allentown  PA    18103

Petition Filed Date: 03/04/2022  
341 Hearing Date: 04/05/2022  
Confirmation Date: 07/14/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2023 | $133.00 | 19480506408 | 09/13/2023 | $133.00 | 19480507697 | 10/25/2023 | $133.00 | 19588867683 |
| 11/28/2023 | $133.00 | 19590327817 | 12/27/2023 | $133.00 | 19602228850 | 02/05/2024 | $133.00 | 19607991471 |
| 02/29/2024 | $133.00 | 19616304204 | 03/27/2024 | $133.00 | 19627847070 | 05/20/2024 | $133.00 | 19627847632 |
| 05/29/2024 | $133.00 | 19640690773 | 07/02/2024 | $133.00 | 19659797833 | 07/25/2024 | $133.00 | 19663430433 |

**Total Receipts for the Period: $1,596.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,791.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 1 | PEOPLE FIRST FCU<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $11,980.13 | $0.00 | $11,980.13 |
| 3 | NEWREZ LLC D/B/A<br>»» 003 | Mortgage Arrears | $2,214.25 | $0.00 | $2,214.25 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $11,361.34 | $0.00 | $11,361.34 |
| 5 | DEPARTMENT STORE NATIONAL BANK<br>»» 005 | Unsecured Creditors | $4,249.77 | $0.00 | $4,249.77 |
| 6 | CITY OF ALLENTOWN<br>»» 006 | Priority Crediors | $1,523.16 | $1,390.14 | $133.02 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $333.19 | $0.00 | $333.19 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $13,883.10 | $0.00 | $13,883.10 |

**Chapter 13 Case No. 22-10562-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,791.00 | Current Monthly Payment: | $133.00 |
| Paid to Claims: | $3,453.14 | Arrearages: | $100.00 |
| Paid to Trustee: | $337.86 | Total Plan Base: | $8,014.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.