Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Edita E. Morales
1026 S. 8th Street
Allentown, PA 18103

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-10562-PMM**

Petition Filed Date: 03/04/2022
341 Hearing Date: 04/05/2022
Confirmation Date: 07/14/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/04/2025 | $133.00 | 19777719313 | 09/29/2025 | $133.00 | 19777719650 | 10/29/2025 | $133.00 | 19777720022 |
| 12/02/2025 | $133.00 | 19787753928 | 12/16/2025 | $133.00 | 19787754719 | 02/03/2026 | $133.00 | 19802215992 |
| 03/03/2026 | $133.00 | 19810628827 | 04/01/2026 | $133.00 | 19819519161 | 04/29/2026 | $133.00 | 19819520213 |
| 05/27/2026 | $133.00 | 19828256641 | 07/07/2026 | $133.00 | 19834379914 | 07/31/2026 | $133.00 | 19717174035 |

**Total Receipts for the Period: $1,596.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,983.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 1 | PEOPLE FIRST FCU<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $11,980.13 | $171.92 | $11,808.21 |
| 3 | NEWREZ LLC D/B/A<br>»» 003 | Mortgage Arrears | $2,214.25 | $2,214.25 | $0.00 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $11,361.34 | $163.05 | $11,198.29 |
| 5 | DEPARTMENT STORE NATIONAL BANK<br>»» 005 | Unsecured Creditors | $4,249.77 | $48.51 | $4,201.26 |
| 6 | CITY OF ALLENTOWN<br>»» 006 | Priority Crediors | $1,523.16 | $1,523.16 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $333.19 | $0.00 | $333.19 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $13,883.10 | $199.24 | $13,683.86 |

**Chapter 13 Case No. 22-10562-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,983.00 | Current Monthly Payment: | $133.00 |
| Paid to Claims: | $6,383.13 | Arrearages: | $100.00 |
| Paid to Trustee: | $582.60 | Total Plan Base: | $8,014.00 |
| Funds on Hand: | $17.27 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.